IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Kwame Dadzie, | Case No. 3:18 CV 518 |
| Plaintiff, | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| -vs- | JUDGE JACK ZOUHARY |
| Commissioner of Social Security, | |
| Defendant. | |

Plaintiff *pro se* Kwame Dadzie filed a Complaint (Doc. 1) challenging an administrative decision that denied him disability insurance benefits. Defendant Commissioner of Social Security filed an Answer (Doc. 9), and both parties filed Briefs on the Merits (Doc. 12–13). This case was referred to Magistrate Judge Thomas Parker for a Report and Recommendation (R&R) under Local Civil Rule 72.2(b). The R&R (Doc. 14) recommends this Court affirm the Commissioner's decision. Dadzie did not file any objections.

Under 28 U.S.C. § 636(b)(1), a party must serve and file his written objections to the Magistrate Judge's proposed findings and recommendations within fourteen (14) days of being served with the R&R. This Court then makes a *de novo* determination of those portions of the R&R to which objections were made. Failure to file objections within the time frame set forth in the statute constitutes a waiver of *de novo* review by the district court. *See United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005). *See also Thomas v. Arn*, 474 U.S. 140, 153–55 (1985).

Dadzie's deadline for filing objections has passed.  The R&R accurately states the facts and law, and this Court adopts it in its entirety.  The Commissioner's decision is affirmed, and this case is dismissed.  This Court certifies that an appeal from this decision could not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

      s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

March 4, 2019